

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**JOHANNA RAE HUDGENS**
Partner
+1 212-294-6734
JHudgens@winston.com

March 20, 2025



**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court Southern District of New York
500 Pearl St.
New York, NY 10007-1316

Re:   Consent Letter-Motion - Request to Adjourn Conference - *Oem v. Meas et al.* **(7:24-cv-09553-JGLC)**

Dear Judge Clarke:

We represent Plaintiff Sovannara Oem in *Oem v. Meas et al.* (7:24-cv-09553-JGLC). We write to respectfully request an initial conference date after April 14, 2025 in accordance with Rule 1.C.vii of *Individual Practice in Civil Cases*.

Defendants answered Ms. Oem's complaint on February 27, 2025. Docket No. 3 sets forth an initial conference date of March 25, 2025 at 11:00 A.M. The parties have not yet had the opportunity to complete the Rule 16 meet and confer process. In order to do so, Plaintiff requests to adjourn the initial conference to a date after April 14, 2025. Defendants consent to this request.

Accordingly, Plaintiff respectfully requests this adjournment of the initial conference be granted.

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for March 25, 2025 at 11:00 a.m. is RESCHEDULED for April 22, 2025 at 11:00 a.m.. IT IS HEREBY ORDERED that the parties file the joint letter and proposed case management plan, as outlined in ECF No. 3, by later than April 15, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 24, 2025
New York, New York

Respectfully submitted,

*/s/ Johanna Rae Hudgens*
Johanna Rae Hudgens
Counsel for Plaintiff Sovannara Oem

cc:   Robine Morrison (*pro hac vice forthcoming*)
(rmorrison@winston.com)

Counsel for Plaintiff Sovannara Oem

Robert Giusti, Esq. (Robert@GiustiLaw.com)
Counsel for Defendants