UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOVANNARA OEM,<br><br>Plaintiff,<br><br>v.<br><br>SOKHA MEAS, DUNG NGUYEN, RAVY TORN, SREY PAO MEAS, DAVI NAILS #2547 & #4276, #1 NAIL PLUS, INC., #1 NAILS A INC., RAKSMEY NAILS INC., AND X CORP.,<br><br>Defendants. | Case No. 7:24-cv-09553-JGLC<br><br>**PROPOSED ORDER APPROVING ALTERNATIVE SERVICE** |

Upon consideration of the joint letter dated September 26, 2025 by counsel for Plaintiff Sovannara Oem and Defendants Sokha Meas, Dung Nguyen, Ravy Torn, Srey Pao Meas, Davi Nails #2547 & #4276, #1 Nail Plus, Inc., #1 Nails A Inc., and Raksmey Nails Inc. (collectively, the "Parties"), the Court finds that:

1. Plaintiff's inability to track down agents or personal addresses for Defendants located in the United States, which likely includes Ravy Torn, Srey Pao Meas, Davi Nails #2547, and Raksmey Nails Inc., with specificity has made service impracticable, and alternative service by email on Defendants' counsel, by agreement, satisfies constitutional standards of due process.

It is hereby ORDERED that the Court approves alternative service by e-mail on Defendants' counsel for Defendants Ravy Torn, Srey Pao Meas, Davi Nails #2547, and Raksmey Nails Inc. pursuant to Rule 4 of the Rules of Civil Procedure. Further, the Court finds that these

1

Defendants have been served by e-mail to Defendants' counsel containing the Complaint, waivers of service, and delivery confirmations to the addresses available for each Defendant.

Dated: September 29, 2025

                                              Jessica G. L. Clarke
                                          United States District Court Judge