**MEMO ENDORSED**

2/13/2026

<u>**VIA ECF**</u>

The Honorable Jessica G. L. Clarke
United States District Court Southern District of New York
500 Pearl St.
New York, NY 10007-1316

Re:     **Joint Letter Motion Requesting a Stay of Proceedings Pending Mediation**
*Oem v. Meas et al.*, (7:24-cv-09553-JGLC)

Dear Judge Clark:

The parties respectfully submit this joint letter-motion, pursuant to Section 2(a) of the Court's Individual Rules and Local Civil Rule 83.9, seeking a temporary stay of proceedings and deadlines in this action pending participation in the Court's mediation program.

The deadlines currently set by the Civil Case Management Plan and Scheduling Order, including the fact discovery deadline of **February 20, 2026** and the expert discovery deadline of **April 3, 2026**, are presently scheduled for those dates, and the parties jointly request that those deadlines be stayed through **May 20, 2026**, reflecting a stay of ninety (90) days.

This is the parties' second request for an adjournment or extension of time in this action, and there have been no prior requests. The prior request was granted.

The parties have conferred in good faith and believe that mediation, conducted pursuant to Local Civil Rule 83.9 through the Southern District of New York's court-sponsored mediation services, presents a meaningful opportunity to resolve this dispute efficiently and without further burden on the Court. Both sides are prepared to participate promptly and in good faith in such a process. A temporary stay will allow the parties to focus their efforts on potential resolution while

preserving judicial and party resources, and is sought without prejudice to any party's rights or positions.

This request is made jointly, and all parties consent to the requested stay. The parties' next scheduled appearance before the Court is set for April 28, 2026. The parties will promptly notify the Court of the outcome of mediation and, if necessary, propose a revised schedule following its conclusion. The parties appreciate the Court's consideration of this joint request. Respectfully submitted,

Respectfully submitted,

Application GRANTED. The Court grants the parties' request for a temporary stay of this matter, through May 20, 2026. The pretrial deadlines and conference in this matter, previously scheduled for April 28, 2026, at 12:00 p.m., are adjourned *sine die*. The Court directs the parties to submit a status letter, no later than May 20, 2026, informing the Court of whether the stay should be extended.

The Court refers this matter to the District's Mediation program in a separate referral order.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: February 20, 2026
White Plains, New York

*/s/ M. Imad Khan*
M. Imad Khan
WINSTON & STRAWN LLP
800 Capitol Street
Houston, TX 77002
Tel: 713-651-2741
Fax: 713-651-2700
ikhan@winston.com
Counsel for Plaintiff

and

*/s/ Robert Giusti*
Robert Giusti
ROBERT GIUSTI, ESQ. & ASSOCIATES, PLLC
42-40 BELL BLVD., SUITE 601
BAYSIDE, NEW YORK 11361
(718)224-5431
Robert@GiustiLaw.com
Counsel for Defendants