UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOVANNARA OEM,

                Plaintiff,

       -against-

SOKHA MEAS, et al.,

               Defendants.

24-CV-9553 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 8, 2026, the final report of the mediator was issued, stating that "mediation in this case was held but was unsuccessful in resolving any issue in the case." ECF No. 27. Pursuant to the Court's Order at ECF No. 22, the parties were to "file a joint status letter with the Court no later than one week after the completion of mediation, and if appropriate, a revised, proposed Case Management Plan." More than one week has passed since the final report of the mediator was issued, but the parties have yet to file anything on the docket. The parties are ordered to file a status letter with the Court, in accordance with both ECF Nos. 21 and 22, **no later than May 20, 2026**, regarding the status of this case and whether the stay should be extended.

Dated: May 18, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge