# MEMO ENDORSED

May 19th, 2026

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1316

**RE: Joint Letter Motion Requesting a Stay of Proceeding Pending Completion of Discovery**
*Oem v. Meas et al.,* **(7:24-cv-09553-JGLC)**

Dear Judge Clarke:

The parties respectfully submit this joint letter-motion, pursuant to Section 2(a) of the Court's Individual Rules and Local Civil Rule 83.9, seeking a temporary stay of proceedings and deadlines in this action after participating in the Court's mediation program.

The deadlines currently set by the Civil Case Management Plan and Scheduling Order, including the fact discovery deadline of **February 20, 2026** and the expert discovery deadline of **April 3, 2026**, have been extended to and including **May 20, 2026** by court order. The undersigned jointly request that those deadlines be stayed through **August 20, 2026**, reflecting a stay of ninety (90) days.

A mediation was conducted pursuant to Local Civil Rule 83.9 through the Southern District of New York's court-sponsored mediation services, to no avail. The parties need additional time to engage in discovery including depositions.

This request is made jointly, and all parties consent to the requested stay. The parties' next scheduled appearance via video conference before the Court is set for May 20, 2026. The parties appreciate the Court's consideration of this joint request.

Respectfully submitted,

/s/ Robert Giusti
Robert Giusti
ROBERT GIUSTI, ESQ. AND ASSOCIATES, PLLC
42-40 BELL BLVD, SUITE 601
BAYSIDE, NEW YORK, 11361
718-224-5431
Counsel for Defendants

/s/ M. Imad Khan
M. Imad Khan
WINSTON & STRAWN LLP
800 CAPITOL STREET
HOUSTON, TEXAS 77002

713-651-2741
Counsel for Plaintiff


/s/ Eliana Marshall
Eliana Marshall
WINSTON & STRAWN LLP
800 CAPITOL STREET
HOUSTON, TEXAS 77002
713-651-2741
Counsel for Plaintiff

Application GRANTED. The Court EXTENDS the deadline for the close of fact and expert discovery to **August 20, 2026**. The parties are to file a joint post-discovery letter, pursuant to the Court's Individual Rule 3(d) and (e), by **August 27, 2026**. Additionally, It is hereby ORDERED that all parties appear for a conference with the Court on **September 9, 2026, at 2:30 p.m.**, in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. The Clerk of Court is directed to lift the stay in this case.

SO ORDERED.

JESSICA G. L. CLARKE, United States District Judge
Dated: May 21, 2026
    White Plains, New York